# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY CAMPBELL, individually, and as a representative of other aggrieved employees,<br><br>    Plaintiff,<br><br>v.<br><br>KERING EYEWEAR USA, INC., a Corporation, and DOES 1 through 250, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-10398-MCS-PD<br><br>**ORDER ON STIPULATION VACATING THE DEADLINE FOR DEFENDANT TO RESPOND TO THIRD AMENDED COMPLAINT FOLLOWING SETTLEMENT OF PLAINTIFF'S CLASS AND PAGA CLAIMS (ECF No. 19)** |

ORDER GRANTING JOINT STIPULATION

**ORDER**

The Court, having considered the Parties' Joint Stipulation to Vacate the Deadline for Defendant to Respond to Third Amended Complaint Following Settlement of Plaintiff's Class and PAGA Claims, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendant Kering Eyewear USA, Inc.'s deadline to respond to the Third Amended Complaint in Plaintiff's Class and PAGA Action is vacated.
2. Plaintiff shall file her motion for preliminary approval of the Parties' class and PAGA settlement within 60 days from the date of the Court's order.
3. All other deadlines in Plaintiff's Individual Action are unaffected and remain on calendar.

**IT IS SO ORDERED.**

Dated: January 21, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE